## John Werlik et al., Appellants, v. Ellsworth Murray, Appellee.

### Gen. No. 41,921.

opinion filed December 30, 1942; rehearing denied January 20, 1943. Aronson & Aronson and Irving Goodman, for appellants; Irving Goodman, of counsel; Wyatt Jacobs and Walter A. Christopher, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."

## Mary Roark, Appellee, v. Eddie Roark, Appellant.

### Gen. No. 41,998.

opinion filed December 30, 1942; rehearing denied January 20, 1943. Ellis &. Westbrooks and Joseph J. Attwell, Jr., for appellant; Joseph J. Attwell, Jr., of counsel; Prescott, Burroughs & Taylor, for appellee; Euclid Louis Taylor and Patrick B. Prescott, Jr., of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."